489 F.2d 1403
 HOME TELEPHONE COMPANY, Plaintiff-Appellee,
v.
Lon DARLEY and Rex Darley, Defendants-Appellants.
 No. 73-1993.
 United States Court of Appeals, Fifth Circuit.
 March 6, 1974, Rehearing Denied April 16, 1974.
 
 Jef Feibelman, H. L. Feibelman, Memphis, Tenn., for defendants-appellants.
 Robert H. Weaver, J. Kane Ditto, C. Alton Phillips, Jackson, Miss., for plaintiff-appellee.
 Before COLEMAN, CLARK and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed on the basis of the memorandum opinion of the District Court, 355 F.Supp. 992 (N.D.Miss., 1973).
 
 
 2
 Affirmed.